

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION, | § § | No. 08-19-00279-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| MARIA ENRIQUEZ, | § | of El Paso, Texas |
| Appellee. | § § | (TC # 2017-DCV-3698) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below denying Appellant's plea to the jurisdiction, and render a take-nothing judgment in Appellant's favor.

We further order that Appellant recover from Appellee the appellate costs incurred by Appellant, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF JULY, 2021.


JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.